**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 03-1424**

---

DONALD W. GREEN,

Plaintiff - Appellant,

versus

DONALD RAY SHIVER; JONES COUNTY; MARLENE
SKIVER; JONES-ONSLOW EMC; LARRY PATRICK,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern
District of North Carolina, at New Bern.   Malcolm J. Howard,
District Judge.  (CA-02-92-4-H(3))

---

Submitted:  August 20, 2003      Decided:  August 28, 2003

---

Before NIEMEYER and TRAXLER, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Donald W. Green, Appellant Pro Se.  Mark Allen Davis, WOMBLE,
CARLYLE, SANDRIDGE & RICE, Raleigh, North Carolina; Cynthia Marie
Currin, CRISP, PAGE & CURRIN, Raleigh, North Carolina, for
Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Donald W. Green appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Green v. Shiver, No. CA-02-92-4-H(3) (E.D.N.C. Mar. 5, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED